**DISMISS and Opinion Filed October 10, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00326-CV

**SHAMELYA MARIE ETIER AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**CMJM HOLDINGS LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00945-2024**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Appellant's brief in this appeal is overdue. By postcard dated August 16, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240326F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHAMELYA MARIE ETIER AND
ALL OTHER OCCUPANTS,
Appellant

No. 05-24-00326-CV      V.

CMJM HOLDINGS LLC, Appellee

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00945-
2024.
Opinion delivered by Justice Garcia.
Justices Pedersen, III and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 10, 2024